UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES LANCE HAYES, JR., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **FRONTERA PRODUCE, LTD., ET AL.** | **NO.: 12-00588-BAJ-RLB** |

## SIXTY DAY ORDER OF DISMISSAL

Considering the **Joint Status Report and Request to Suspend all Deadlines (Doc. 95)**, in which all parties state they have resolved all claims and are in the process of executing settlement and release documents, (*see id*. at p. 1), as well as the **Letter (Doc. 97)** from Plaintiffs' counsel dated February 12, 2015, confirming that all counsel agree to a sixty day administrative closure:

**IT IS ORDERED** that the above-captioned matter is **DISMISSED**, without prejudice to the parties' rights to, within **SIXTY** days and upon good cause shown, reopen the matter if the settlement is not consummated.

Baton Rouge, Louisiana, this 13th day of February, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Jury